# United States Court of Appeals
## For the First Circuit

No. 23-1881

NICHOLAS A. RITROVATO, III,

Plaintiff - Appellant,

v.

UMASS FIVE COLLEGE FEDERAL CREDIT UNION,

Defendant - Appellee.

**ORDER OF COURT**

Entered: October 24, 2023
Pursuant to 1st Cir. R. 27.0(d)

    On October 20, 2023, plaintiff-appellant Nicholas A. Ritrovato, III filed a notice of appeal in Civil Action No. 1:23-cv-10685-DJC (D. Mass.). This court may not have jurisdiction to consider the appeal as it appears that the notice of appeal is not timely as to any order entered in the case. See Fed. R. App. P. 4(a) (notice of appeal in civil case must be filed within thirty days of judgment or order appealed from).

    Accordingly, it is hereby ordered that appellant either move for voluntary dismissal under Fed. R. App. P. 42(b) or show cause, in writing, why this appeal should not be dismissed. The failure to take either action by **November 7, 2023** will lead to dismissal of the appeal for lack of diligent prosecution. See 1st Cir. R. 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc:
Nicholas A. Ritrovato III