```
                UNITED STATES COURT OF APPEALS
                    FOR THE FIRST CIRCUIT
```

|  |  |
|---|---|
| NICHOLAS A. RITROVATO, III )<br><br>   Plaintiff-Appellant   )<br><br>          v.              ) | U.S.C.A. No.23-1881 |
| UMASS FIVE COLLEGE        )<br>FEDERAL CREDIT UNION       )<br><br>   Defendant-Appellee    ) |  |

## **MOTION**

**December 14, 2023**

In consideration of Defendant-Appellee's failure to appear; Appellant having shown cause on October 25, 2023, tendered and served appellant's brief on November 9, 2023; filed an appendix on November 9, 2023, and delivered three copies of appellant brief and addendum on November 15, 2023; Appellant HEREBY MOTIONS for case submission to a panel of appellate judges to be heard on the appellant's brief.

This day 14 December 2023.

```
Signature of Appelant/Plaintiff    /S/Nicholas A. Ritrovato, III
Printed Name of Appelant/Plaintiff Nicholas A. Ritrovato, III

Signature of Attorney              /S/Nicholas A. Ritrovato, III
Printed Name of Attorney           Nicholas A. Ritrovato, III
pro se

Bar Number                  pro se
Name of Law Firm            pro se
Street Address              9 Wesley Park, Somerville
State and Zip Code          MA, 02143
Telephone Number            617-764-5181
Mobile Telephone Number     617-767-2056
E-mail Address              nicholas_ritrovato@yahoo.com
```